■ EDMUND S. PURVES et al., Appellants, et al., Plaintiff, v GENERAL ELECTRIC COMPANY et al., Respondents.—Order, Supreme Court, New York County (Allen Myers, J.), entered on May 13, 1985, and judgment of said court, entered on August 23, 1985, unanimously affirmed for the reasons stated by Allen Myers, J., without costs and without disbursements. Concur—Murphy, P. J., Kupferman, Asch, Kassal and Rosenberger, JJ.